**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **YAMILKA ISAURA GONZALEZ,**<br>**Plaintiff**<br><br>**v.**<br><br>**SAFETY HOLDINGS, INC., d/b/a**<br>**SAMBASAFETY US,**<br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **No. 3:25cv416**<br><br>**(Judge Munley)** |

**ORDER**

AND NOW, to wit, this 23rd day of October 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Safety Holdings, Inc., d/b/a SambaSafety US's motion for summary judgment, (Doc. 25), is **GRANTED** in part and **DENIED** in part;
2) Defendant's motion is **GRANTED** as to Plaintiff Yamilka Isaura Gonzalez's claim under 15 U.S.C. § 1681e(b) in Count I of her complaint;
3) The Clerk of Court is directed to enter judgment in favor of the defendant and against plaintiff with respect to Count I;
4) Defendant's motion for summary judgment is otherwise **DENIED**; and
5) By way of separate order, this matter will be scheduled for a pretrial conference.

Date: 10/23/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**